Voucher manifest below. Please save the following pages for your records.  
Check No. 1144528  
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT  
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 10-06189-RNO | 05U-0 | GREGORY E RHONE<br>Original Check written to:<br>THE PALMS COUNTRY CLUB AND RESORT<br>CONDO ASSOC<br>7345 GREENBRIAR PARKWAY<br>ORLANDO, FL 32819-8935 | 1700570 | 424.24 | 33.03 | 0.00 | 33.03 |
| 10-06189-RNO | 06U-0 | GREGORY E RHONE<br>Original Check written to:<br>CONRAD CREDIT CORP.<br>476 W. VERMONT AVE<br>ESCONDIDO, CA 92025- | 0405 | 2,272.47 | 625.02 | 0.00 | 625.02 |
| 10-08428-JJT | 01U-0 | MARC D RITTENBAUGH<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 082910340 | 166.42 | 10.68 | 0.00 | 10.68 |
| 10-08744-MDF | 999-0 | MICHAEL P GAMBARDELLA<br>Original Check written to:<br>MICHAEL P GAMBARDELLA<br><br>516 MAIN STREET<br>ALEXANDRIA, PA 16611- | | 0.00 | 1,179.93 | 0.00 | 1,179.93 |
| 10-09021-RNO | 02U-0 | MATTHEW LEE NAUGLE<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 101720360 | 2,164.00 | 653.22 | 0.00 | 653.22 |
| 10-09855-JJT | 06S-0 | MICHAEL F VACCARO<br>Original Check written to:<br>WELLS FARGO BANK, N.A.<br>OPERATIONS CENTER<br>PO BOX 96074<br>CHARLOTTE, NC 28296- | 9920 | 0.00 | 2.50 | 0.00 | 2.50 |
| 11-00027-RNO | 07U-0 | RUSSELL J MCCONNELL<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 102774074 | 268.35 | 116.65 | 0.00 | 116.65 |
| 11-00310-RNO | 12U-0 | TIFFANY MARIE WILLIAMS<br>Original Check written to:<br>JOSEPH MANN & CREED<br>8948 CANYON FALLS BLVD<br>SUITE 200<br>TWINSBURG, OH 44087-1900 | | 693.95 | 81.05 | 0.00 | 81.05 |

**Charles J. DeHart, III**  
**Standing Chapter 13 Bankruptcy Trustee**  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097

Fulton Bank  
Lancaster PA 17604

60-142 / 313

No. 1144528

March 02, 2016

PAY** Two Thousand Seven Hundred Two Dollars and 08 Cents*************************  
AMOUNT**$2,702.08***********

TO THE ORDER OF

VOID AFTER May 31, 2016  
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT  
P.O. BOX 908  
HARRISBURG, PA 17108-

Case 1:10-bk-08744-MDF  Doc 57  Filed 03/02/16  Entered 03/02/16 08:16:45  Desc
Main Document  Page 1 of 1